FILED
CLERK, U.S. DISTRICT COURT

MAY - 8 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: 2:19-mj-01945-DUTY |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Vanessa Grayosso Puga, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (X)  the appearance of defendant as required; and/or

(B)  (X)  the safety of any person or the community.

//

//

| | | The court concludes: |
|---|---|---|
| A. | (X) | Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: |

_She will not pose a danger to the community, as evidenced by the recent arrest for criminal threats_

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_she will appear as necessary for Court proceedings._

IT IS ORDERED that defendant be detained.

DATED: 5/8/2019

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE